COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1917 case.) — Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BATAVIA RUBBER COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1919 case.) — Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRISWOLD & McWAIN, INC., Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1919 case.) — Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MASSEY-HARRIS HARVESTER COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1919 case.) — Appeal dismissed, without costs upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WIARD PLOW COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1917 case.) — Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WIARD PLOW COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1919 case.) — Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHNSTON HARVESTER COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1917 case.) — Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN MILLS COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants. (1919 case.) — Appeal dismissed, without costs, upon stipulation filed.

CHARLES SHIPMAN, Respondent, v. JOHN F. COLON, Appellant.— Motion granted and appeal dismissed, with costs.

KLEIN MANUFACTURING COMPANY, Appellant, v. JAMESTOWN CONSTRUCTION COMPANY, INC., Respondent.— Motion granted and appeal dismissed, with costs.

JOHN H. RAPP and Another, Respondents, v. GRACE HULTQUIST and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed briefs by November twenty-third and be ready for argument as soon as reached in the following week.

In the Matter of the Application of LOEW'S BUFFALO THEATRES, INC., Respondent, for the Removal of GOLDE CLOTHES SHOP, INC., Appellant, and Others, from Certain Premises in the City of Buffalo.— Order affirmed,